UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

RYAN BECK & CO., INC.,

                Plaintiff,

   -against-

DALY HOLDINGS, INC. and SEAN M. DALY,

                Defendants.

------------------------------------------------------X

06 Civ. 5349 (RCC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-07

**RICHARD CONWAY CASEY, United States District Judge:**

Plaintiff Ryan Beck & Co., Inc. ("Plaintiff" or "Ryan Beck") moves for leave to file a supplemental complaint to add Event Driven Value Inc. as a defendant pursuant to Rules 15(d), 19, 20, and 21 of the Federal Rules of Civil Procedure. Having review Plaintiff's motion, and the supplemental complaint it seeks leave to file, the Court hereby **GRANTS** the motion. Plaintiff has until April 4, 2007 to file its supplemental complaint. The Court directs Plaintiff to thereafter serve process and the complaint and supplemental complaint on defendant Event Driven Value Inc.

**SO ORDERED.**

New York, New York
March 12, 2007

_____
Richard Conway Casey, U.S.D.J.